RECEIVED
JUL 17 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON M. ASP-MAYTASH | MISC. CASE NO. 17-mc-117 |
| | RELATED CASE NO. 6:15-150 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Sharon M. Asp-Maytash, as Successor and Derivative Claimant of the Estate of Svend Asp is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___17___ day of July, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE